UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Rodrikus Marshun Robinson                    Docket No. 5:18-CR-524-1BO

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rodrikus Marshun Robinson, who, upon an earlier plea of guilty to Possession With Intent to Distribute Cocaine Base (Crack) and Possession With Intent to Distribute Cocaine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), was sentenced by the Honorable James A. Beaty, Jr., U.S. District Court Judge for the Middle District of North Carolina, on July 25, 2003, to the custody of the Bureau of Prisons for a term of life. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. On January 17, 2017, the President commuted the total sentence of imprisonment of the defendant effective May 17, 2017.

Rodrikus Marshun Robinson was released from custody on May 17, 2017, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On December 21, 2018, jurisdiction of this case was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 8, 2018, the defendant committed the offense of Driving While Impaired and Speeding in Wake County, North Carolina. This is the defendant's first violation. As a result, the probation office is recommending that the defendant be allowed to participate in substance abuse treatment and that this case be permitted to resolve itself in state court. Additionally, to address this non-compliance, the probation office is also recommending that he be ordered to complete 20 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Rodrikus Marshun Robinson
Docket No. 5:18-CR-524-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8678
Executed On: December 26, 2018

## ORDER OF THE COURT

Considered and ordered this 26 day of December, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief U.S. District Judge